UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Megan Eubanks, | File No. 23-cv-1245 (ECT/JFD) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Michael Segal, *Warden*, | |
| Respondent. | |

---

Petitioner Megan Eubanks commenced this action pro se by filing a petition for a writ of habeas corpus. ECF No. 1. The case is before the Court on a Report and Recommendation [ECF No. 5] issued by Magistrate Judge John F. Docherty. Magistrate Judge Docherty recommends dismissing Eubank's petition. R&R at 3. Eubanks filed objections to the Report and Recommendation. ECF No. 6. Because Eubanks has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Docherty's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. Petitioner's Objections to the Report and Recommendation [ECF No. 6] are **OVERRULED**;

2. The Report and Recommendation [ECF No. 5] is **ACCEPTED** in full;

3. The petition for a writ of habeas corpus [ECF No. 1] is **DISMISSED WITH PREJUDICE**; and

4. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 7, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court